1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN JOSE DIVISION**

11
12

BRENT OSTER,

Case No. 5:20-cv-07828  NC

13

           Plaintiff,

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

14

    v.

15

STATE OF CALIFORNIA, et al.,

16

           Defendants.

17
18

    In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

19

above captioned case is referred to District Judge Edward J. Davila to determine whether it

20

is related to 3:20-cv-01125 JD, *Brent Oster v. Santa Clara County District Attorney's*

21

*Office, et al.*.

22

    IT IS SO ORDERED.

23
24

  Date:  November 20, 2020

                _____

25

                Nathanael M. Cousins
                United States Magistrate Judge

26
27
28