UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRENT OSTER and KATHIA PORTUGUEZ OSTER,<br><br>Plaintiffs,<br><br>v.<br><br>MORENO FAMILY LAW FIRM, et al.,<br><br>Defendants. | Case No. 5:21-cv-05400 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Beth Labson Freeman for consideration of whether the case is related to 5:20-cv-07828 BLF, *Brent Oster, et al v. County of Santa Clara, et al.*

**IT IS SO ORDERED.**

Dated: July 26, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 21-cv-05400 NC
SUA SPONTE JUDICIAL REFERRAL